464 A.2d 525

Commonwealth v. Blount, Appellant.

Submitted December 6, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and EAGEN, JJ.*

Judgment of sentence affirmed.